PROB 12C
(7/93)

Report Date: December 21, 2012

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 27 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Camilo Alvarez-Olivera   Case Number: 2:10CR06091-001
AKA: Camilo Olivera-Mendoza

Address of Offender: Metropolitan Correctional Center, San Diego, CA

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 11, 2011

Original Offense:    Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:   Prison - 8 Months;           Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: TBD                          Date Supervision Commenced: July 17, 2011

Defense Attorney:    Alison Klara Guernsey        Date Supervision Expires: July 16, 2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On December 14, 2012, a criminal complaint was filed with the U.S. District Court for the Southern District of California at San Diego, charging the defendant who was using the name of Camilo Olivera-Mendoza with Alien in the U.S. After Deportation, in violation of 8 U.S.C. § 1326, magistrate number 3:12MJ04651-KSC-001. |
| | According to the complaint's probable cause statement, on December 13, 2012, the defendant applied for entry to enter the U.S. from Mexico through Otay Mesa, California, port of entry pedestrian entrance. The defendant presented a U.S. permanent resident alien card bearing the name of another person. The defendant's fingerprints returned a match identifying him as a citizen of Mexico who had been previously deported. |

Prob12C
Re: Alvarez-Olivera, Camilo
December 20, 2012
Page 2

    2    **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

        **Supporting Evidence**: The defendant illegally reentered the U.S. without permission on December 13, 2012, as noted in violation 1. According to the U.S. Immigration and Customs Enforcement, the defendant was deported to Mexico on July 27, 2011, at San Ysidro, California, and has not obtained permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/21/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/27/12
Date